United States District Court

Eastern District of California

Mario Varzon Wooten,

       Plaintiff,           No. Civ. 05-1847 LKK PAN P

  vs.                       Findings and Recommendations

Martin, et al.,

       Defendants.

-oOo-

September 22, 2005, documents served on plaintiff was returned by the postal service as undeliverable. Plaintiff has failed to comply with Local Rule 83-182(d), which requires a party appearing pro se inform the court of any address change.

Accordingly, the court hereby recommends this action be dismissed without prejudice. L.R. 83-183(b) (dismissal appropriate where pro se plaintiff fails to notify court of current address within 60 days of return of mail by U.S. Postal Service).

1  Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these
2 findings and recommendations are submitted to the United States
3 District Judge assigned to this case.  Within 20 days after being
4 served with these findings and recommendations, plaintiff may
5 file written objections.  The document should be captioned
6 "Objections to Magistrate Judge's Findings and Recommendations."
7 The district judge may accept, reject, or modify these findings
8 and recommendations in whole or in part.
9  Dated:  December 27, 2005.

　　　　　　　　　　　　　　　　　　/s/ Peter A. Nowinski
　　　　　　　　　　　　　　　　　　PETER A. NOWINSKI
　　　　　　　　　　　　　　　　　　Magistrate Judge